UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CARRIE CAPOLUPO,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF EUREKA, et al.,<br><br>        Defendants. | Case No. 20-cv-00942-RMI<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. Nos. 22, 23, 24 |

Pursuant to the Parties' joint notice to the effect that "this matter has been settled in all respects" (dkt. 22), followed by Plaintiff's request for a dismissal with prejudice as to all claims and all Defendants (dkt. 22), this case is hereby **DISMISSED** with each Party bearing their own attorneys' fees and costs. A separate judgment shall issue.

**IT IS SO ORDERED.**

Dated: April 12, 2021

ROBERT M. ILLMAN
United States Magistrate Judge